EVA V. FORD, as Administratrix of HENRY W. B. FORD, Deceased, Appellant, *v.* HENRY A. FORD, Respondent.

*Ford* v. *Ford,* 19 App. Div. 632, affirmed.
(Argued December 3, 1900; decided December 18, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 19, 1897, affirming a judgment in favor of defendant entered upon the report of a referee.

*J. H. Clute* for appellant.

*Randall J. Le Boeuf* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HENRY H. DARLING, Appellant, *v.* DANIEL KLOCK, JR., Respondent.

*Darling* v. *Klock,* 33 App. Div. 270, affirmed.
(Argued December 3, 1900; decided December 18, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 30, 1898, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*James Lansing* for appellant.

*Edwin Countryman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.